LAW OFFICES OF MALLISON & MARTINEZ
Stan S. Mallison  (SBN 184191)
   stanm@mallisonlaw.com
Hector R. Martinez  (SBN 206336)
   hectorm@themmlawfirm.com
1042 Brown Avenue
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile:  (925) 283-3426

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
David A. Rosenfeld (SBN 058163)
   drosenfeld@unioncounsel.net
William A. Sokol (SBN 72740)
   bsokol@unioncounsel.net
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile:  (510) 337-1023

MILBERG LLP
Jeff S. Westerman  (SBN 94559)
   jwesterman@milberg.com
Sabrina Kim  (SBN 186242)
   skim@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

Attorneys for Plaintiffs
MARGARITA ROSALES and ANGELICA ROSALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EL RANCHO FARMS, and DOES 1-20,<br><br>Defendants. | Case No. 09-cv-0707-AWI-SMS<br><br>WAIVER OF SERVICE OF SUMMONS<br>[EL RANCHO FARMS] |

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Sabrina S. Kim, MILBERG LLP
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, EL RANCHO FARMS, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of ROSALES v. EL RANCHO FARMS,
(CAPTION OF ACTION)

which is case number 1:09-CV-00707 in the United States District Court
(DOCKET NUMBER)

for the Eastern District of California.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 22, 2009,
or within 90 days after that date if the request was sent outside the United States. (DATE REQUEST WAS SENT)

5-11-09
(DATE)

(SIGNATURE)
Printed/Typed Name: William L. Alexander, ALEXANDER & ASSOCIATES, PLC

As Attorneys of EL RANCHO FARMS
(TITLE)            (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on June 16, 2009.

/s/ Cecille Chaffins
ORIGINAL SIGNATURE RETAINED BY
ATTORNEY JEFF S. WESTERMAN

**Mailing Information for a Case 1:09-cv-00707-AWI-SMS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sabrina Seungyoun Kim**
  skim@milberg.com,stanm@mallisonlaw.com,schang@milberg.com,mpalau@themmlawfirm.com,bsokol@unioncounsel.net,HectorM@TheMMLawFirm.com,cchaffin

- **Stanley S. Mallison**
  stanm@mallisonlaw.com,stanmallison@yahoo.com,hectorm@mallisonlaw.com,hhernandez@mallisonlaw.com,jans@mallisonlaw.com,MPalau@mallisonlaw.com

- **William A. Sokol**
  courtnotices@unioncounsel.net

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
William L. Alexander

ALEXANDER & ASSOCIATES, PLC

1925 G Street

Bakersfield, CA   93301
```