**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for defendant El Rancho Farms**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> EL RANCHO FARMS, and DOES 1-20, <br><br> Defendants. | Case No.  09-cv-00707-AWI-SMS <br><br> **ORDER ON STIPULATION TO EXTEND DISCOVERY EXCHANGE DEADLINE** |

The parties having so stipulated, IT IS HEREBY ORDERED that:

The FRCP Rule 26(a) discovery exchange deadline shall be extended to October 15, 2009.


DATED:  September 21, 2009          /s/ Sandra M. Snyder
                                                         SANDRA M. SNYDER
                                                         UNITED STATES MAGISTRATE JUDGE

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

Order for Extension of Time for FRCP 26(a) Discovery Exchange

PDF created with pdfFactory trial version www.pdffactory.com