Exhibit 1

MARTHA STROUD                                    August 24, 2011

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

MARGARITA ROSALES and ANGELICA )
ROSALES, on behalf of )
themselves and all others )
similarly situated, )
)
              Plaintiffs, )
)
   vs. )  Case No.
)  09-CV-0707-AWI-JLT
EL RANCHO FARMS, and DOES 1-20,)
)
          Defendants. )
_____)

DEPOSITION OF

MARTHA STROUD

Wednesday, August 24, 2011
10:08 a.m.

1430 Truxtun Avenue
Suite 777
Bakersfield, California

Brian S. Cardoza, CSR No. 8362



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

15

1          Q.  Forty-five.  Okay.  And so the 45 fields,

2     those are all in the Arvin area?

3          A.  Yes.

4          Q.  Okay, great.  Okay.  And are those 45 fields

5     all supervised by the same group of supervisors?

6          A.  Yes.

7          Q.  Okay.  Who are the supervisors?

8          A.  Currently?

9          Q.  I guess we should start at the beginning

10    of --

11         A.  Okay.

12         Q.  -- your employment there.

13         A.  When I first went, the farm supervisor was

14    Bill Dye.  He is no longer there.

15         Q.  Okay, when did he leave?

16         A.  Okay, he left 10/16/2007.

17         Q.  Okay.  I notice you're referring to a

18    document there.  Is that something you prepared for today?

19         A.  No, it's something I prepared for one of the

20    attorneys.

21         Q.  Okay.

22         I assume that you're going to produce that?

23         MS. ESTRADA:  I don't believe that we are but I

24    will go back and discuss it with Bill.  It won't be

25    produced to you today.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5021
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

16

1          MR. MALLISON:  All right.  It would be good if

2     you could call.  I mean it might save us a lot of time, if

3     for no other reason than she's referring to it during

4     the --

5          MS. ESTRADA:  Certainly.

6          BY mR. MALLISON:  -- deposition now, and it's

7     sitting right in front of her, it's a difficult document

8     to -- but we can take a break and deal with that issue.

9          Q.  Okay, so he left on October 16th, 2007.  And

10    how many other supervisors are there?

11         A.  Okay, the -- the current one -- the current

12    farming manager is John Kovacevich.

13         Q.  John Kovacevich?

14         A.  Yes.

15         Q.  You might need to spell that, if you can.

16         A.  J-o-h-n K-o-v-a-c-a-v-e-i-c-h (sic), I think.

17         Does that look right?  I always have to stop and

18    think about it.

19         MS. ESTRADA:  Let me see if it's in here.  Found

20    it.

21         THE WITNESS:  K-o-v-a-c-e-v-i-c-h.

22         MR. MALLISON:  I hope someone's got that down.

23         MR. SUTTON:  It's pretty close.  I got it.

24         THE WITNESS:  Okay.

25         MR. MALLISON:  Okay.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5051
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

                                                              18

1       A.   I -- I don't know...

2       Q.   Which of these supervisors would be involved

3   with grapes?

4       A.   They're all involved with grapes.

5       Q.   So none of these supervisors just does plums,

6   or something like that?

7       A.   No, grapes -- grapes is our -- our -- the

8   primary.

9       Q.   Okay.  That leads me to a really good

10  question here.  Do you know how big the grape business is

11  there, and one way that sometimes we describe big in grape

12  stuff is how many boxes does El Rancho produce a year?

13      A.   Approximately a quarter of a million.

14      Q.   A quarter of a million.  And by boxes, we're

15  talking about the standard 19-pound boxes, right?

16      A.   (No audible response.)

17      Q.   And has that quarter of a million figure

18  stayed relatively stable over the decade that we're

19  talking about from 2001 to the present?

20      A.   I'd say it's been between 200 and -- or

21  two -- 250.

22      Q.   Okay.  It's on the low side of the two

23  hundreds?

24      A.   Yeah, I --

25      Q.   Closer to mid than low?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

21

1    Q.   Okay.  I just needed to get a sense of the
2    scope of the production.
3    A.   Okay.
4    Q.   And tell me about the job responsibilities of
5    Bill Dye, as far as grapes?  That's all we're really
6    interested in talking about today.
7    A.   Okay, he was responsible for growing the
8    grapes, which would include all the various tasks to grow
9    them.  He was responsible for making decisions regarding
10   the use of fertilizer and chemicals and so forth to grow
11   the grapes.  He would have been responsible for deciding,
12   you know, when to start doing certain tasks, such as
13   pruning or thinning, girdling.
14   Q.   Okay.  And did he supervise the
15   implementation?  So, in other words, was he in the field
16   when the fertilizer were being applied, checking up on how
17   it was done?
18   A.   I couldn't tell you that.  I don't know.
19   Q.   Okay.  All right.  Was Bill Dye in charge of
20   what time things were done?
21   A.   Yes.
22   Q.   Okay.  And was Bill Dye in charge of
23   harvesting as well?
24   A.   Yes.
25   Q.   Okay.  So he would, for example, be the one



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

22

1   who made the decision about what day to pick particular

2   grapes?

3           A.   I believe so, yeah.

4           Q.   Okay.  And would he be also the person in

5   charge of determining what time to pick the grapes?

6           MS. ESTRADA:  I'm sorry, just for clarification,

7   do you mean what month?

8           MR. MALLISON:  By time, I meant, you know, like

9   hour it should start.

10          MS. ESTRADA:  An hour a shift starts?

11          MR. MALLISON:  Yeah, harvesting.

12          MS. ESTRADA:  If you understand the question, you

13  can go ahead and answer it.

14          THE WITNESS:  I -- I mean I assume he would have.

15          BY MR. MALLISON:

16          Q.   Okay.  And did he consult with anybody else

17  with regards to when to pick grapes or how to pick them?

18          A.   That would be outside my knowledge, but what

19  I do know is that all the -- all the growers and so forth,

20  you know, talk among themselves all the time.

21          Q.   Sure.

22          A.   So I know he and Lynn would have been, you

23  know, looking at the grapes and consulting and making

24  their best estimates and so forth, so...

25          Q.   And it's an art to picking --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

44

1          A.   In detail, no.

2          Q.   Okay.

3          A.   I believe most of the time we supplied

4     things.  But I do know like when they harvest, you know,

5     that Garza supplies their -- the tables that you see, the

6     packing tables and so forth, but I really don't know the

7     answer to that.

8          Q.   Okay.  Okay.  You said most of the time El

9     Rancho supplied the tools, can you give me some instances

10    of things they did supply so I can get a sense of where

11    the division may be?

12         MS. ESTRADA:  Objection, it misstates her

13    testimony.

14         But if you can answer, you can go ahead.

15         THE WITNESS:  I don't know.  I can't answer that.

16         MR. MALLISON:  Okay.  All right.  And this might

17    be a nice time for a little break.  It's been about an

18    hour, an hour and a half.  So, take a few minutes and get

19    everybody rested up and we'll do a little bit before

20    lunch, do more before lunch.

21         (Break taken.)

22         BY MR. MALLISON:  Why don't we go back on the

23    record.

24         Q.   Okay, so I want to talk to you a little bit

25    about farm labor contractors.  What farm labor contractors



Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

MARTHA STROUD                                      August 24, 2011

45

1    have you dealt with from January 2001 until you left?

2          A.    I will name the ones I can remember, which

3    probably won't be all of them.  Garza Contracting is and

4    always has been our major ongoing contractor.

5          Q.    Okay.

6          A.    Casimiro.  And Garza -- Garza's also

7    functioned as A&A.  It's the same company.

8          Q.    Is it AA or --

9          A.    It's -- I think it's AA.

10         Q.    A&A Contracting?

11         A.    It's either AA or A&A.

12         Q.    Okay.  If you look on Exhibit 5, I don't mean

13   to interrupt you but it might help, like the fourth page,

14   ERF 8378, --

15         A.    Uh-huh.

16         Q.    -- I believe it says --

17         A.    Yes.

18         Q.    Is that the A&A Contracting you're talking

19   about?

20         A.    Yes.

21         Q.    Okay.  Do you know what the difference

22   between Garza Contracting Inc. and A&A Contracting is or

23   was?

24         A.    No.

25         Q.    Okay.  But for your money, they're the same



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.875.5051
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

52

```
 1          A.   That can range anywhere from 30 to 90.
 2          Q.   Okay.  So if you had to estimate the total
 3   number of grape harvest workers that you used with Garza
 4   during the harvest season, what would you suggest that
 5   would be?
 6          A.   I -- ask the question again.
 7          Q.   Sure.
 8          A.   The -- the most?
 9          Q.   If you had to go out in the middle of the
10   harvest season during this time period and you were
11   looking at Garza crews, what's the most employees you'd
12   see in the field at any given day during the harvest
13   season?
14          A.   I'd say 300 to 350.
15          Q.   And we could probably figure that out by
16   looking at invoices; is that correct?
17          A.   The invoices are not -- well, they do tell
18   you how many employees.  Yeah, if you matched up each day
19   for each crew and took the totals, then, yeah, you could
20   total it that way.
21          Q.   And you're looking at ERF 8378; is that
22   correct, --
23          A.   Uh-huh.
24          Q.   -- on Exhibit --
25          A.   Uh-huh.
```



Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

55

1          A.   So that, you know, like I say now, and
2     considering they work almost year-round, it's just -- it's
3     very heavily Garza, and --
4          Q.   Okay.
5          A.   -- and the last several years, it's been only
6     Garza.
7          Q.   I ask sometimes imprecise questions because
8     sometimes imprecise answers are helpful for other reasons.
9          A.   Yes, I understand.
10         Q.   But for purposes of getting a feel for the
11    work, I think you've answered my question and hopefully I
12    characterized it right, Garza is the dominant --
13         A.   Yes.
14         Q.   -- supplier of employees to work in the grape
15    fields of El Rancho; is that correct?
16         A.   That's correct.
17         Q.   And is 90 percent a fair estimate?  Obviously
18    it may be off by a few points or there, but 90 percent is
19    your roughly best estimate for this whole time period for
20    Garza?
21         A.   Ninety to 95.  I -- I'd say 95 would be even
22    closer than 90.
23         Q.   Fair enough.  Okay.  You mentioned that there
24    was some employees that El Rancho used to employ directly,
25    and I think you mentioned tractor drivers.  Was there



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                        August 24, 2011

56

1    other types of employees that fall into this category?

2          A.   Irrigators and the mechanic.

3          Q.   By mechanic, that's singular, just one

4    mechanic?

5          A.   Correct.

6          Q.   Okay.  And how many employees was this at

7    that time when they worked directly for El Rancho?

8          A.   I would say six to eight employees.

9          Q.   And do you remember their names?

10         A.   Some of them.

11         Q.   Could you tell me their names?

12         A.   Joe Hidalgo was the mechanic.

13         Q.   First names would work too.

14         A.   I'm a blank.  I can --

15         Q.   That's okay.

16         A.   -- picture some of them.

17         Q.   That's okay.

18         A.   Harrison -- Harrison was the last name of one

19   of the tractor drivers, I think.

20         Q.   That's okay.  This is just a way to help us

21   discourse.  If I can know names, then I can -- but we can

22   do it other ways.

23         A.   Okay.

24         Q.   So the tractor drivers, do those same tractor

25   drivers now work at Garza?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                        August 24, 2011

57

1      A.  I don't know if any of them do or not.  They
2  did, however, --
3      Q.  I see.
4      A.  -- when we made the switch.
5      Q.  And by making the switch, what do you mean by
6  that?
7      A.  When they became Garza employees as opposed
8  to our employees.
9      Q.  Okay.  And how did that happen?
10     A.  At -- I believe it was in 2005, at the end of
11 our normal season when we normally laid people off for a
12 while, we did our normal layoff, but management had made
13 the decision then to try using all subcontracted labor.
14     Q.  Okay.
15     A.  So, when we laid them off, we told them that,
16 you know, Garza would hire them and -- and so some of them
17 did.
18     Q.  I see.
19     A.  We -- we helped them with some of the
20 paperwork to -- you know, applications for Garza, and so
21 they became employees of Garza, and some of them, anyway,
22 came back and were assigned to work at El Rancho.
23     Q.  I see.  And so as far as the grape workers,
24 who from El Rancho directly works in the fields now?
25     A.  Now?  Well, the only employees of El Rancho



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

70

1   worked, --

2             A.   Yes.

3             Q.   -- plus the 31 percent, I believe,

4   commission?

5             A.   Correct.

6             Q.   Okay.  Did people who worked at El Rancho

7   under an FLC, did they ever work on a pure piece rate

8   basis?

9             A.   I believe that we had some piece rate work

10  done, yeah.

11            Q.   And do you remember what tasks those were

12  associated with?

13            A.   Yeah, I was -- as soon as you asked that, I

14  was trying to think.

15            Q.   Okay.  I'm always going to do that, okay?

16            A.   You know, I can't remember exactly, but I do

17  remember there were a couple of jobs where they jumped

18  back and forth and -- and one time they would do it one

19  way and the other time they would do it another, and it

20  was always calculated to be to their advantage, whichever

21  way made them more money.

22            I'm trying to remember if it's -- it -- girdling

23  might have been done as piece rate.  I'm -- I'm

24  thinking there was something that they did by number of

25  vines and -- anyway, I just -- I'm sorry, I -- I can't



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5051
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

71

1    remember.  I could...

2            Q.   I'm going to ask you one of those vague

3    questions again --

4            A.   Okay.

5            Q.   -- but it's useful for other purposes here.

6            About how much of the work dealing with grapes

7    was paid on a pure piece rate basis?

8            A.   You're right, I really don't know, but I

9    would say probably less than 10 percent.

10           Q.   Okay.  And more than five percent?  I'm

11   trying to get a little color on this.

12           A.   I just -- I don't know.

13           Q.   Okay.

14           A.   I'd -- I'd say five percent then, because --

15           Q.   All right, five percent.

16           A.   -- if you're going to speculate then on -- on

17   a specific number and --

18           Q.   This is going to help both the parties at the

19   end of the day talk about the case a little bit.  I'm not

20   looking for precision but I do want something that's

21   fairly reliable that you would kind of agree is a best

22   estimate you could give.

23           A.   See, without putting parameters around it,

24   it's so hard.  I -- I -- I -- five percent maybe is...

25           Q.   Okay.  And when I say "pure piece rate", can



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

74

 1  seven hours of the day but unproductive for one hour of

 2  the day, then they're not paid for that one hour a day if

 3  they produced nothing; is that correct?

 4        A.  No, it's not correct.  They're paid on what

 5  they produce.  If they do it all in the first seven hours,

 6  then, you know, -- and don't work the last hour, then

 7  they're paid for their production.  If they work eight

 8  hours, they're paid for their production.

 9        Q.  And that's the nature of piece rate work?

10        A.  That's the nature of piece rate work.  If

11  you're twice as fast as the next guy, you're going to earn

12  twice as much money.

13        Q.  Okay.  And how much money does a pure piece

14  rate worker make during their rest break?

15        MS. ESTRADA:  Objection, it calls for

16  speculation.

17        THE WITNESS:  Yeah, I have no idea.

18        BY MR. MALLISON:

19        Q.  Well, if they're not producing anything, how

20  much would they be paid?

21        MS. ESTRADA:  Again, an incomplete hypothetical.

22        THE WITNESS:  They're paid on their production at

23  the end of the day, total production.

24        BY MR. MALLISON:

25        Q.  Right.  So, during their rest break they earn



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

75

1    no extra money on top of what they earn during the rest of

2    the day?

3            A.   Not that I've ever known of.

4            Q.   Okay.

5            Could I mark that as Exhibit 6?

6            (Plaintiffs' Exhibit 6 was marked for

7            identification by the court reporter.)

8    BY MR. MALLISON:

9            Q.   Do you recognize this form of document?

10           A.   Yes.

11           Q.   And what is it?

12           A.   It's a Garza payroll register --

13           Q.   Okay.

14           A.   -- from 2002.

15           Q.   And I really just want you to help me through

16   it, at least your understanding of it.  I don't think I

17   have too many substantive questions, but it says, "Type

18   Pay", do you see that, what I'm referring to there?

19           A.   I do.

20           Q.   And then below it says, "Piece Work".  Does

21   that mean that they were working pure piece work?

22           MS. ESTRADA:  Objection, it calls for

23   speculation.

24           THE WITNESS:  Yeah, I -- I wouldn't know.

25   It's -- it's their payroll register, and since I have no



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

79

1        BY MR. MALLISON:

2            Q.   To your knowledge?

3            A.   Not to my knowledge.

4            Q.   Okay.   So there's no pay being allocated for

5    rest breaks?

6            A.   I don't know that.

7            Q.   Okay.   There's no separate pay, hourly pay,

8    that's being paid for anything during the day, this day?

9            A.   Not to my knowledge.

10           Q.   Okay.   And on this form it says, "Break

11   Time".   Do you see that?

12           A.   I do.

13           Q.   And does this indicate that there was a break

14   taken at 9:00 a.m.?

15           A.   It looks to me like it does.   I wasn't there,

16   I do not know for a fact.

17           Q.   Okay.   And how long would that break be?

18           MS. ESTRADA:   It calls for speculation.

19           THE WITNESS:   I wasn't there, I do not know,

20   except that just in general, my understanding was that

21   breaks were 15 minutes.

22           BY MR. MALLISON:

23           Q.   Okay.   And there's a column in the middle of

24   the page that says, "Piece Work", and underneath that it

25   says, "Hours Worked".



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

August 24, 2011

90

1    Fernando?

2           A.   Correct.

3           Q.   And did Bill Dye have the responsibility to

4    make sure that whatever his directives were were carried

5    out?

6           A.   I assume so, yes.

7           Q.   Okay.  So, he supervised essentially

8    implementation of whatever requirements he set up?

9           MS. ESTRADA:  Objection, vague.

10          THE WITNESS:  You know, as far as I know, yes,

11   he -- you know, he would want something done and assign

12   the work and then would see to it that it was done to his

13   satisfaction.

14          BY MR. MALLISON:

15          Q.   Okay.  Do the supervisors talk directly to

16   field workers about things that they're doing?

17          MS. ESTRADA:  It calls for speculation.

18          BY MR. MALLISON:

19          Q.   How to do the tasks?

20          THE WITNESS:  Do you want me to answer?

21          MS. ESTRADA:  If you know.

22          THE WITNESS:  Well, I do know that during --

23   specifically during harvest season, the -- the crew will

24   meet in the field and they'll have what's called a

25   tailgate meeting and they will go over, you know, exactly



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                              August 24, 2011

91

1   what they want done, how they want it done, where they

2   want it done, and my assumption was always that they

3   pretty much did that, you know, with everything else too,

4   that when there was a -- a -- a new crew or someone, yes.

5            BY MR. MALLISON:

6            Q.  And El Rancho supervisors are in charge of

7   that meeting?

8            A.  Well, I'm not -- I was in the office.  I was

9   not in the field.

10           Q.  Okay.

11           A.  So, there were, you know, both some of our

12  supervisors, or our supervisors, and Garza crew people in

13  the field, so crew foremen.

14           Q.  Okay.  And what time did those meetings

15  occur?

16           A.  I have no idea.

17           Q.  Before you got to work?

18           A.  Yes.

19           Q.  All right.  Okay.  And who would know the

20  nature of these meetings?  Who is the most knowledgeable

21  person with regards to these meetings?

22           A.  Currently it would be John, or I think

23  probably Lynn used to be out there sometimes but I don't

24  know that he was regularly there.

25           Q.  So the supervisors and the owners --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

93

1    the performance of workers?

2              A.   Not to me.

3              Q.   Who do they comment on the performance of

4    workers to?

5              A.   I don't know.  Not to me.

6              Q.   Okay.

7              A.   So, I don't know who they would comment to.

8              Q.   All right, who would know that, the

9    supervisors?

10             A.   Yes.

11             Q.   All right.  Okay.  And do the supervisors, El

12   Rancho supervisors -- when I say, "the supervisors", I

13   mean John, --

14             A.   Fernando.

15             Q.   -- Fernando, and formerly --

16             A.   Bill.

17             Q.   -- Bill.  Can they fire particular field

18   workers who are working under Garza FLC?

19             A.   Technically, yes, they could --

20             Q.   Okay.

21             A.   -- I'm making that assumption that -- that

22   they can say leave the ranch and go back to Garza.

23             Q.   And why would they say that?

24             A.   I don't know that it's ever happened, so I

25   don't know under what conditions they would do that but if



Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

MARTHA STROUD                                          August 24, 2011

94

1     it were something, you know, --

2            Q.   If they saw somebody breaking some kind of

3     rule, they could do that?  Squishing grapes or throwing

4     them or something, they could fire them if they wanted to;

5     is that correct?

6            A.   I -- my opinion is that they have that power,

7     yes, --

8            Q.   Okay.

9            A.   -- but I don't know that it's ever happened.

10           Q.   All right.  Is harvesting work a difficult

11    task to do?

12           MS. ESTRADA:  Objection, vague.

13           BY MR. MALLISON:  I'll clarify.

14           Q.   Does it take a lot of training to harvest

15    grapes?

16           MS. ESTRADA:  Objection, it lacks foundation.

17           BY MR. MALLISON:  I'll make it clearer.

18           Q.   Do you have to have a college degree to

19    harvest grapes?

20           A.   No.

21           Q.   Do you have to have a high school degree to

22    harvest grapes?

23           A.   No.

24           Q.   If you were --

25           A.   It is a skill.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

95

1          Q.   Does somebody have to have any training

2     before they start the profession of harvesting grapes?

3          A.   They can be trained on the job.

4          Q.   Okay.  How long does it take to train someone

5     to do that?

6          A.   I've never been in the field, I do not know.

7     All I know is when I've gone out there myself and -- and

8     picked a bunch of grapes, it's more difficult than you

9     would anticipate.

10          Q.   It's physically difficult, correct?

11          A.   Well, there's --

12          Q.   It's hard?

13          A.   -- there's judgment involved too.

14          Q.   Okay.

15          A.   And -- and when they pick the grapes, they

16     take a bunch in their hand and they clip it off, but then

17     they turn it over and they have to take their clippers and

18     they clean out any mis-colored, misshapen, any bad berries

19     and so forth, so...

20          Q.   And people have been there --

21          A.   And -- and they -- they can do it very fast

22     after they're, you know...

23          Q.   Okay.  Once you've got it down, it's pretty

24     standard?  You modify it maybe based on the grape and some

25     training on the grape?



Toll Free: 800.875.5071
Facsimile: 661.322.2242

ESQUIRE
an Alexander Gallo Company

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

                                                              96

1        A.   Well, I don't know that.  I've -- I've never

2   got it down myself, so...

3        Q.   Fair enough.  And what tasks at El Rancho are

4   not carried out by a farm labor contractor at this stage

5   now?

6        A.   The office work, the managers that we've

7   previously spoken about, and the cold storage and the dock

8   workers are the only others that are not farm labor

9   contractor.

10       Q.   But the core production is all carried out by

11  farm labor contractor workers; is that correct?

12       A.   Yes.

13       Q.   Okay.  And all of the grape growing work that

14  El Rancho does, all the grapes that are grown by El

15  Rancho, are they all done on land that's either owned or

16  leased by El Rancho?

17       A.   Yes, we do not -- yes.

18       Q.   Okay.  And there's no work that's done to

19  grapes, after they're harvested, elsewhere by El Rancho,

20  in other words, off site; is that correct?

21       A.   To grapes, no.

22       Q.   Okay.

23       A.   They're shipped directly to market from our

24  cold storage.

25       Q.   And the cold storage is on site?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

110

1   were overtime wages paid --

2           Q.   Okay.   Do you know what a --

3           A.   -- when they were due.   There really wasn't

4   much overtime because it's just kind of management's

5   decision, you know, you're going to work this length of

6   day.   And so the -- the most overtime I saw was when --

7   were probably tractor drivers during certain critical

8   times, and to my knowledge, they were always paid their --

9   you know, the overtime amount.

10          Q.   Do you understand there's a distinction

11  between overtime and premium pay?

12          A.   Premium is double time, is that what

13  you're --

14          Q.   No.

15          A.   So, no, I don't.

16          Q.   I mean you can refer to double time as a

17  premium pay, I suppose.

18          Do you know what the payment requirement is for

19  somebody who misses a meal break?

20          A.   No.

21          Q.   How about misses a rest break?

22          A.   No.

23          Q.   Has a late meal break?

24          A.   I have no idea.

25          Q.   Okay.   Well, that's what I'm referring to as



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

111

1   premium pay and the California law requires that they be

2   paid an hour's wages for a late meal period, for instance.

3           Was those kinds of payments ever made for these

4   FLC employees, that you know of?

5           A.  You would have to ask someone who knows if

6   they had late one.  I don't.

7           Q.  Okay.  Do you know what a late meal is?

8           A.  Well, one that's outside the required hours,

9   is what I'm assuming.

10          Q.  Okay.  Do you know what the required hours

11  is?

12          A.  Five -- I think it's five hours for a full

13  day, six if they're going to finish or something.  I'm not

14  real sure.

15          Q.  Can you take a look at Exhibit 5, the

16  document Bates labeled ERF 17592?  I hope we've got that

17  right.  It's the one that looks like that.  It's the

18  squiggly line one that we've been using here.

19          A.  Oh, okay.  I don't think that's Number 5.  I

20  think that's something else.

21          Q.  Okay.

22          A.  Okay, that's in Exhibit 2.

23          Q.  There you go.  Exhibit 2?

24          A.  Yeah.

25          Q.  Bates numbered ERF 17592?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                        August 24, 2011

112

1          A.   Uh-huh.

2          Q.   Can you tell me how many hours these

3    employees worked for the whole day, according to this

4    sheet?

5          A.   According to this sheet, they worked eight

6    hours.

7          Q.   Okay.  And is that because they started at

8    6:00, and they left at 2:30, and they took a half-an-hour

9    meal; is that correct?

10         A.   Well, let me add it up here.  That's correct.

11         Q.   Okay.

12         A.   From 6:00 to 2:30 with a half-an-hour out for

13   lunch.

14         Q.   And can you tell me how many hours --

15         A.   That's --

16         Q.   Oh, sorry.

17         A.   Go ahead.

18         Q.   Can you tell me at what hour they started

19   their meal break, according to this form?

20         MS. ESTRADA:  Objection, it calls for

21   speculation.  She's mentioned she wasn't out in the field.

22         BY MR. MALLISON:

23         Q.   You can answer it.

24         A.   I don't know anything more, I wasn't in the

25   field.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

113

1          Q.   Okay.

2          A.   All I know is what's on that sheet of paper.

3          Q.   And what's on the sheet of paper?  What does

4     it suggest?

5          A.   What was the question?

6          Q.   When did they take their meal breaks?  How

7     many hours had they worked before they took their meal

8     break?

9          A.   It looks like five and three-quarters.

10         Q.   Five and three-quarters, how do you get five

11    and three-quarters?

12         A.   They had a 15-minute break.

13         Q.   Oh, okay.  And is break time counted as time

14    worked, to your understanding?

15         A.   They get paid for it, so, yeah.

16         Q.   So, how many hours after they started did

17    they take their meal break if break periods are counted as

18    time worked?

19         A.   Six hours.

20         Q.   Okay.  Would that be a violation of

21    California labor law?

22         A.   I don't know.

23         MS. ESTRADA:  Objection, it calls for a legal

24    conclusion.

25    ///



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

114

1        BY MR. MALLISON:

2             Q.   Okay.   Is there any indication that they were

3    paid premium pay for having a late meal period, according

4    to your understanding?

5             A.   I -- I don't see any, no.

6             Q.   Okay.   Okay.

7             Why don't we take a couple minute break.

8             (Break taken.)

9        BY MR. MALLISON:   We're back on.

10            Q.   Could you look at Exhibit 2, ERF 17592 again.

11   It's what I believe you were calling the daily.

12            A.   Okay.

13            Q.   Who filled this form out?

14            A.   Probably Chayo --

15            Q.   Chayo.

16            A.   -- or his -- you know, someone on his crew.

17            Q.   Does someone check this to make sure it's

18   correct from El Rancho or do --

19            A.   No, not to my knowledge.

20            Q.   Okay.

21            A.   Just me.

22            Q.   There's nobody in the field who signs off on

23   it?

24            A.   Well, now, let me -- let me think about that

25   a minute.   This is for tipping, so this is pre-harvest, so



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com

MARTHA STROUD                                    August 24, 2011

128

1                    REPORTER'S CERTIFICATION

2

3

4           I, BRIAN S. CARDOZA, a Certified Shorthand

5    Reporter in and for the State of California, do hereby

6    certify:

7           That the foregoing witness was by me duly sworn;

8    that the deposition was then taken before me at the time

9    and place herein set forth; that the testimony and

10   proceedings were reported stenographically by me and later

11   transcribed into typewriting under my direction; that the

12   foregoing is a true record of the testimony and

13   proceedings taken at that time.

14          I further certify that I am neither financially

15   interested in the action nor a relative or employee of any

16   attorney of any of the parties.

17          IN WITNESS WHEREOF, I have this date subscribed

18   my name.

19

20   Dated: _____

21

22

23                    _____

24                    BRIAN S. CARDOZA   C.S.R. #8362

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.875.5071
Facsimile: 661.322.2242

Suite 777
1430 Truxtun Ave
Bakersfield, CA 93301
www.esquiresolutions.com