Exhibit 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

_____

| | |
|---|---|
| MARGARITA ROSALES and<br>ANGELICA ROSALES, on behalf<br>of themselves and all others<br>similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>EL RANCHO FARMS, and DOES<br>1-20,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)No. 09-CV-0707-AWI-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____)

DEPOSITION OF JOHN KOVACEVICH

Wednesday, September 7, 2011

Bakersfield, California

15     A.    Currently her name is Ofilia Rodriguez.

16     Q.    And she works for El Rancho Farms?

17     A.    She works for Garza Contractor.

18     Q.    Who from El Rancho Farms is the person most

19  knowledgeable about Category A?

20          MR. ALEXANDER:  Asked and answered.  It's also

21  vague and ambiguous with regard to employees.

22          You can answer.

23          THE WITNESS:  I would say myself, although I do

24  not train employees.  I train or talk to crew foremen

25  about what the duties and responsibilities are.


0011


1   BY MR. MALLISON:

2      Q.    With regards to Category F, who from El Rancho

3   Farms is the most knowledgeable person with regards to

4   those topics -- that topic in Category F?

5      A.    I would say not myself.  I would say possibly

6   Mr. Kirkorian.

7      Q.    With regards to G, Category G, who is the

8   person most knowledgeable from El Rancho Farms in

7   foundation.

8   BY MR. MALLISON:

9      Q.   If you know.

10     A.   The last two or three years have been a

11  different form than this.

12     Q.   Can you move a couple pages forward to

13  ERF12673.  Is that the type of form you're familiar

14  with?

15     A.   Yes, it is.

16     Q.   Can you tell me how this form gets filled out?

17     A.    In the morning, the foreman has the people,

18  after the start of work, come by and sign their name and

19  then -- print their name and sign their name.  He puts

20  in the start time, the count of the workers, marks the

21  breaks at the end, and then at the end of the day

22  completes the hours.

23     Q.   When does he mark the breaks?

24     A.   Ongoing.

25     Q.   As they occur?

1     A.   Yes.

2     Q.   And that would be lunches too?

3          MR. ALEXANDER:  Meals or lunches?

4          THE WITNESS:  Meal break, yes.

5  BY MR. MALLISON:

6     Q.   It refers to a lunch.  Are we talking about the

7  same thing?

8     A.   Yes, yes.

9     Q.   And is there any reason for you to believe any

10  of these figures in this form or any other forms are

11  inaccurate?

12     A.   Unless somebody was left off, no.  As far as I

13  know, this is similar to what I see on a daily basis.

14     Q.   So if it says start time is 6:00 a.m., is that

15  what it says there?

16     A.   Yes.

17     Q.   Is that what time people actually start

18  working?

19     A.   At 6:00 or shortly after, but not before.

20     Q.    And break, it says break time.  What time --

21  what time does it say there?

22     A.   Looks like 9:00 a.m.

23     Q.   And do you know how long the breaks are?

24     A.   Back in 2008, I want to say it was probably a

25   15.  I can't recall.  I know now it's different than

0021

1   that, but back then I think it was 15.

2       Q.   So for purposes of this document, does this

3   document suggest that the break took place at 9:00 and

4   lasted until 9:15?

5       A.   It doesn't reflect the time of the break.  It's

6   not written.

7       Q.   It does say 9:00 a.m..  Is that correct?

8       A.   The start time of the break, yes.

9       Q.   And your best recollection is that that lasted

10   for 15 minutes until 9:15 back in this time period?

11      A.   Yes.

12      Q.   And what time period is this that they had 15

13   minute breaks as the first event?

14      A.   I don't understand the question.

15      Q.   Sure.

16          Tell me what changed.  You said that in this

17   time period there was 15 minute breaks.  What was the

18   break policy at this time?

19       A.   Several years ago the supervisor foreman asked

20   if they could take a longer morning break to turn that

21   into a 30-minute break because they didn't have enough

22   time to eat their quote, unquote, breakfast.  They felt

23   rushed.  And I said, Well, if this is what the people

24   want to do, and this is what everybody in the crew wants

25   to do, that was fine with myself.  And I asked


0022


 1   Mr. Kirkorian at that time, and there seemed to be no

 2   objection, and I said, well, we'll try to accommodate

 3   the people.

 4       Q.   And when was this change?

 5            MR. ALEXANDER:  Asked and answered.

 6            You can answer again.

 7            THE WITNESS:  I cannot remember the date.

 8   BY MR. MALLISON:

 9       Q.   Can you give me an estimate of when this change

10   occurred?

11            MR. ALEXANDER:  Asked and answered.

12          You can answer again.

13          THE WITNESS:   It's probably about two years

14    now.

15    BY MR. MALLISON:

16       Q.   So sometime in the middle of 2009?  Is that a

17    fair estimate?

18       A.   Could be late 2008, early 2009.

19       Q.   So what would the schedule look like for

20    workers under this new policy?

21       A.   If we were not working a six-hour day, which

22    happens on occasion, it would normally be at 9:00 they

23    would have a 30-minute break.  And then at 12:00 they

24    would take a 20-minute break.

25       Q.   And which one of those was paid or not paid?


0023


1        A.   The 20 is paid.  The meal period is not paid.

2        Q.   And this applied to all crews?

3        A.   Yes.

4        Q.   And what time did the workers start under this

5    new policy?

6     A.    It varied with the sunrise.

7     Q.    For summertime, what time did workers generally

8  start?

9     A.    Summertime it started at 6:00 and then moved to

10  6:30 approximately the 15th of August.

11     Q.    And then does it stay at 6:30 through the rest

12  of the year?

13     A.    No.   It would move to 7:00, I want to say

14  approximately two weeks from now, which would the 20th

15  of September, continue to the end of -- throughout the

16  winter up until possibly late March.

17     Q.    And late March it would go back to 6:30?

18     A.    6:30.

19     Q.    And then when would it go to 6:00 again?

20     A.    I believe sometime in May.  I don't have the

21  exact --

22     Q.    We could also know precisely by looking at the

23  daily sheets.

24     A.    Yes.

25     Q.    But that's a fair estimate or description of

0024

1    that?

2        A.    Right.

3        Q.    And what time would workers get off, unless

4    they're working a six-hour shift?  If they're working a

5    full shift, what time would they usually leave?

6        A.    If it was 6:00, an eight-hour day, they would

7    be off at 2:30.

8        Q.    And again, we could look at the dailies to know

9    for sure?

10       A.    Yes, yes.

11       Q.    What was the schedule -- and this schedule

12   change, you didn't have any problems with.  Is that

13   correct, you approved it?

14       A.    Yes.

15       Q.    Did you have to talk to anybody else at

16   El Rancho before you approved it or was this your sole

17   decision?

18       A.    Mine and -- yes, just mine.

19       Q.    What was the schedule before this new policy

20   came into effect, that is sometime in 2008 and prior?

21       A.    It's my understanding, because as I said, I was

22   involved as a consultant, not as an El Rancho employee

23   previous to this time.  And it's my understanding the

24   break was at 9:15, 30 at 12:00 and then 15 in the

25   afternoon.  I couldn't tell you if it was 1:00 or 1:30.


0025


1      Q.   And did the start times stay the same?

2      A.   Start time would vary also with the season.

3      Q.   Is it roughly the same as the start times

4   you've noted for the new policy?

5      A.   Yes.

6      Q.   So the start times didn't change, it's just the

7   break and meal period times that changed?

8      A.   Break and meal periods stayed the same.  The

9   start time changed.

10     Q.   I meant between the old policy and the new

11  policy.  The only thing that was really changed was the

12  order?

13     A.   You're talking about within the last two years,

14  yes.

15     Q.   So with the new policy, you altered the

16  structure of the rest and meal times but not the start

11    the start times or the rest and break times?

12        A.    I assume so.  I can't answer that.

13        Q.    But you became in charge of that as of 2010?

14        A.    After he left the company, I believe it was

15    late 2007, then I took his place.

16        Q.    So you took over that role of deciding when --

17        A.    Yes.

18        Q.    -- things were going to happen in the field?

19        A.    Yes.

20        Q.    And you also got to say when grapes were going

21    to be picked, is that correct, the day they were going

22    to be picked?

23        A.    Yes, in consultation with the owner.

24        Q.    And what kind of factors are involved in

25    deciding what day to pick grapes?


0027


1         A.    The maturity level.  We have to meet certain

2     State and Federal standards for sugar and that

3     determines when we start harvesting.

4         Q.    Is it purely a simple matter of sugar level or

5    is there other factors involved, market factors and

6    other things?

7       A.   You could have sugar and decide not to pick if

8    I can if the market was poor.  You could hold off.  You

9    might go an extra couple of days.

10       When you're dealing with colored varieties like

11   red or black varieties, you need to have acceptable

12   color levels that are independent of sugar.

13       Q.   So who made the decision about when to pick?

14       A.   Myself and Mr. Kirkorian.

15       Q.   To your knowledge, the old policy we were

16   talking about, the one where workers took a 15-minute

17   rest break at 9:00, to your knowledge, how far back was

18   that policy in place?

19       A.   I do not know.

20       Q.   But you could tell by looking at the dailies.

21   Is that correct?

22       A.   Yes.

23       Q.   At least you could tell when meals occurred and

24   when rest breaks occurred?

25       A.   Yes.

0028

1    Q.    Looking back at Exhibit 2, ERF12673, the form

2    that you are familiar with.

3    A.    Okay.

4    Q.    Did you ever see these during the day when they

5    were actually filled out?

6    A.    The form is on the foreman's pickup or vehicle

7    all day long.  I don't see the hours because he doesn't

8    fill them in until the end of the day.

9    Q.    But you see everything else, unless you happen

10   to be there at the end of the day, at which case you may

11   see the eights or whatever they're working?

12   A.    Yes.  I see the field they're working in, the

13   variety.  Sometimes I get the question what is it with

14   this block number, and I have to relate that to the

15   foreman.

16   Q.    Do you approve of these dailies?

17   A.    Yes.

18         MR. ALEXANDER:  Assumes facts not in evidence.

19   BY MR. MALLISON:

20   Q.    And how does that -- how does the approval

21   process work?

22   A.   Oh, do you mean do I physically approve?

23   Q.   Well --

24   A.   Or do I like them?

25   Q.   Oh, good question.


0029


1           Is there some check that's placed by El Rancho

2    upon Garza or any other farm labor contractor to ensure

3    that these are accurate?

4       A.   The office manager receives these during

5    harvest daily and during non-harvest weekly.   And when

6    she receives a billing from Garza, then she uses this as

7    a counter reference.

8       Q.   There's an indication up here at the top of

9    this form that there was 42 workers.

10      A.   Okay.

11      Q.   Does El Rancho Farms check to see if there

12   actually are 42 workers working on that crew?

13      A.   I personally check myself.

14      Q.   I see.  Do you -- does Garza or any other farm

15   labor contractor need your signoff on these sheets to

10          MR. ALEXANDER:  Vague and ambiguous.

11  BY MR. MALLISON:

12      Q.   Any of the other times are correct?

13          MR. ALEXANDER:  Same objections.

14          You can answer.

15          THE WITNESS:  Usually, since everything is the

16  same from when we start, the only thing I'm looking at

17  is the number of workers.

18  BY MR. MALLISON:

19      Q.   So it's very easy to check because the

20  schedules don't change that much, other than the start

21  time?

22      A.   Correct.

23      Q.   So you know if you walk out at noon, the crews

24  are not going to be working?

25      A.   Yes.


0031


1      Q.   Are all crews under the same schedule?

2      A.   Yes.

3      Q.   And you supervise all the crews, I mean, in the

4   sense of checking the employment numbers?

5      A.   I supervise the foreman.  The foreman

6   supervises the people.

7      Q.   Let's talk about the start time for a minute.

8           What time do you currently get to El Rancho

9   during the harvest season?

10     A.   5:00 a.m.

11     Q.   What's going on at 5:00 a.m. at El Rancho?

12     A.   Nothing.

13     Q.   Are you the first one there?

14     A.   Sometimes my boss beats me.

15     Q.   When does -- when do field workers arrive?

16     A.   Anywhere from a half hour to five minutes

17   before start time.

18     Q.   How about the foremen and the Garza

19   supervisors?  When do they show up?

20     A.   Half hour to 15 minutes before the crew shows

21   up.

22     Q.   And what are the foremen doing at that time

23   before the start time of 6:00, for instance?

24     A.   We have harvest time, we have non-harvest time.

25   Can I address each one separately?

9      A.   Yes.

10     Q.   How about the grape trays?  Where are those

11   located?  Where are those stored now?

12     A.   Garza keeps them in a storage area in the off

13   season.  During harvest, the people are issued three

14   trays per person, and either the foreman keeps them or

15   the people take them home.

16     Q.   And those trays, are they required to be kept

17   clean?

18     A.   No.

19     Q.   No?

20     A.   No.

21     Q.   Do you have somebody cleaning them now?

22     A.   No.

23     Q.   Are they disposable trays?

24     A.   They're plastic trays.

25     Q.   White?

0035

1      A.   White.

2      Q.   And have you ever talked to Garza about

3   cleaning of trays?

4      A.   Yes.

5      Q.   And what was that discussion about?

6      A.   The discussion is that the people are not --

7   information from Garza to me, are not to take the trays

8   home and clean them.  If we want them clean, as a

9   grower, during working hours we can furnish the people

10  some towels and clean them up.

11     Q.   When was this conversation?

12     A.   When I first came to El Rancho years ago.

13     Q.   In 2005?

14     A.   At that time they were dealing with Bill Dye,

15  but when I --  I just assumed the role after late 2007.

16     Q.   So this conversation would have occurred in

17  late 2007?

18     A.   Yes.

19     Q.   And why did you have the conversation?

20     A.   Just to get area of responsibility ironed out

21  and make sure that they weren't requiring the people to

22  clean them at home.

23     Q.   Was there a concern that they had been

24  requiring them to clean them at home?

25     A.   Just a concern from El Rancho to make sure that

20   the time.

21      Q.   But you do get there at 5:00 a.m. before

22   everybody else.

23      A.   Yes, but I don't go to the field to start the

24   people.  I let the foreman start the people.

25      Q.   Are you involved in the school that you

0037

1   mentioned before?

2      A.   No, not at all.  I teach the foreman the day

3   before, and he gives the schools.

4      Q.   Does that school occur daily?

5      A.   The foreman gives some type of instruction

6   daily of the variety we're packing.

7      Q.   And that's important for purposes of making

8   sure it meets quality specifications?

9      A.   Correct, correct.

10      Q.   So you never attend the actual training by the

11   foreman to the workers.  Is that correct?

12      A.   Not early in the morning.  If we changed during

13   the day for some reason and I happen to be around when

14   he's giving the new school for the new variety, I'll

15   stand around for that.

16        Q.   Do you visit the fields during the day while

17   the harvest is going on?

18        A.   Constantly.

19        Q.   What's your goal there?

20        A.   Maintain quality control.

21        Q.   How would you do that?

22        A.   Checking the sugar, checking the color, check

23   the cleaning of the product for defects and then the

24   separation of grade, as far as berry size that we might

25   pack, anywhere from one to three boxes, based on berry


0038


1    size.

2         Q.   And where would you physically be standing

3    while you're doing this work?

4         A.   Close to the packing tables.

5         Q.   Would you go down the rows?

6         A.   On occasion.

7         Q.   What's the purpose of going down the rows?

8      A.   To make sure that they're harvesting the

9   correct fruit, to make sure that they're picking enough

10  or not picking -- not over picking.

11     Q.   Do you actually watch people pick grapes then?

12     A.   I wouldn't say I watch the picking.  I look at

13  the trays of what they have picked and I look at the

14  vines to see what they have left.

15     Q.   Do you occasionally come across workers who are

16  doing it wrong?

17     A.   Yes.

18     Q.   What do you do then?

19     A.   I have the foreman or the helper that's with me

20  show them the correct way to do it.

21     Q.   Do you speak Spanish?

22     A.   Yes.

23     Q.   So can you get involved in that conversation?

24     A.   I prefer not to.

25     Q.   But you understand what's being said?


0039


1      A.   Oh, yes.

1     A.    Sometimes we'll do crown suckering, which is

2   shoot thinning early in the season.  That's piecework.

3   Sometimes leafing.  That's about it.

4     Q.    Do you supervise -- do you actually review what

5   crews are doing when they're out doing piecework?

6     A.    Yes.

7     Q.    Is there any difference in the rest and break

8   scheduling for piece-rate workers as opposed to hourly

9   workers?

10    A.    I have to treat each job separate.

11    Q.    Okay.  Girdling?

12    A.    The workers are never in the field over five

13  hours.

14    Q.    Okay.

15    A.    At 9:00, midpoint of the morning, the foreman

16  calls for a break roughly three hours after they start,

17  and the people take the break at some relation to that

18  time.  They don't walk out of the rows because they're

19  involved in their job.  At other times during the year,

20  when they're working more than six hour piecework, which

21  will be like wintertime pruning, because the weather is

22  cooling, and they work maybe seven.  The foreman calls

11     A.    I approved it.

12     Q.    So nobody gets a meal on a six-hour shift?

13     A.    They use the 20 for the meal, so they're paid

14  straight time.

15     Q.    But there's no meal scheduled?

16     A.    No.

17     Q.    And everybody takes their breaks together on a

18  six-hour shift?

19     A.    Yes.  Any hourly work, people are taking their

20  breaks together.

21     Q.    Is there a whistle or something that directs

22  people to whatever time it is to start and stop?

23     A.    The foreman's voice, but during pruning time or

24  girdling where the people are scattered all over the

25  place, he'll honk his horn.


0050


1      Q.    And everybody has to follow that schedule.  Is

2   that correct?

3      A.    During the hourly work.

4      Q.    You can't say, I'm going to take my break an

5    hour later or something like that?

6       A.   No, but the contract people do take breaks at

7    different times.

8       Q.   The contract people, who are those?

9       A.   The people working piecework.

10      Q.   Oh, the piecework.   The five-hour shifts?

11      A.   Yeah.

12      Q.   So with the six-hour shift, there's never a

13   meal scheduled.   Is that correct?

14      A.   Not on purpose.   Usually they just want to work

15   straight through and go.

16      Q.   What do you mean on purpose.   I mean, the whole

17   crew has to go on or off.   Right?

18      A.   If we're going to work on a Saturday, it's

19   usually we're going to work eight hours or we're going

20   to work six.   If we're working eight, we're going to

21   have a meal.   If we work six, they just take their

22   morning break and get out.

23      Q.   When workers are working piece rate, how are

24   they paid?

25      A.   Per vine.

0051

1    Q.   Explain to me what that means.

2    A.   Whatever the task is, a rate per unit per vine

3  is determined that they should be able to make at normal

4  speed above the minimum wage.

5    Q.   So they get paid essentially for production?

6    A.   Correct.

7    Q.   If they take a rest break, what are they

8  getting paid while they're on their rest break?

9    A.   Nothing.

10    Q.   And that's because they're not producing during

11  the rest break?

12    A.   Yes.

13    Q.   But they produce the rest of the time, and they

14  get paid for that time?

15    A.   Yes.

16    Q.   Do you know who sets the piece rate amounts?

17    A.   I do.

18    Q.   You do.  Do you set the hourly rate as well?

19    A.   Hourly rates are set by the State of

20  California.  I mean, what we're paying is what the State

21  minimum is, I assume.

22          (Discussion held off the record

23          between witness and his attorney.)

24          THE WITNESS:  Can I amend my answer?

25   ///^


0052


1   BY MR. MALLISON:

2       Q.   Yes, go ahead.

3       A.   Okay.  I am paying on an invoice that Garza

4   sends me.  So I'm not directly paying the people.  Garza

5   is paying the people.

6       Q.   And can Garza charge whatever they want on that

7   invoice?

8       A.   As far as can they charge more than the

9   established wage, no.

10      Q.   And why is that?

11      A.   That's a wage agreed on between the contractor

12   and ourselves for that particular job.

13      Q.   And that's the same for piece rate.  Is that

14   correct?

15      A.   Yes.

16     Q.   So ultimately, Garza can never charge El Rancho

17   more than the piece rate that you have approved of?

18     A.   Piece rate has changed on -- if a piece rate

19   was established that was too low for the job -- in other

20   words, if the vines were heavier than we thought they

21   were in the previous year, Garza will say, We need to

22   change this because the people can't make it on this.

23          That might happen a couple of years.  Say I'm

24   paying them 25 cents on a block, and we discover that

25   the people can't move because the heavy canopy or


0053


1   whatever, then the supervisor -- or Garza will go to the

2   supervisor, the supervisor will come to me and say, This

3   crew is having difficulty.  We need to change the piece

4   rate, and we'll adjust.

5     Q.   Okay.  So for Garza to pay field workers more,

6   they need to talk to you and get your approval?

7     A.   Yes.

8     Q.   Have you ever encountered field workers who

9   were doing a poor job, really poor job?

10    A.   Yes.

11    Q.   What did you do about that?

12    A.   Contacted the foreman.

13    Q.   And what did the foreman do?

14    A.   Usually did not bring them back the next day,

15  or if it was like damaging to the crop, terminate.

16    Q.   So you could recommend to Garza to not bring

17  somebody back.  Is that correct?

18    A.   Yes.  And many times they take them somewhere

19  else.

20    Q.   My understanding is that Irma Garza is the

21  owner of Garza Contracting.  Do you know that?

22    A.   I have not seen the document as far as who the

23  ownership is.

24    Q.   Sure.  But she is clearly somebody in control

25  of Garza Contracting?


0054


1    A.   Yes.

2    Q.   Do you know if Irma Garza ever worked before at

3  El Rancho?

4       A.   Yes.

5       Q.   What was her role?

6       A.   I believe at one time she was a crew foreman.

7       Q.   Was she also just a field worker?

8       A.   I do not know.  She may have started out that

9  way.  I don't know.

10       Q.   Does she have any special skills over and above

11  what other foremen have?

12       A.   Foremen?

13       Q.   Yes.

14       A.   I don't know.

15       Q.   Do you know why El Rancho uses Irma Garza?

16       A.   I know at one point in her career she started a

17  labor contracting business and approached El Rancho as

18  far as doing work for them.

19       Q.   Does she help you decide when to pick grapes?

20       A.   No.

21       Q.   Does she help you decide how to plant grapes?

22       A.   No.

23       Q.   Does she help you decide how to pack them?

24       A.   No.

25       Q.   Prune them?

0055

1    A.   No.

2    Q.   Girdle them?

3    A.   No.

4    Q.   How did she learn how to do all those tasks?

5    A.   I guess working in the fields.

6    Q.   So who is the ultimate decision maker with

7    regards to how a vine is going to be girdled?  Is it

8    Garza or you?

9    A.   Me.

10   Q.   In all the rest of the tasks involved in grape

11   production, is it ultimately up to you to make sure that

12   it's done right?

13   A.   Yes.

14   Q.   What does Irma Garza add to that mix?  What

15   talent does she bring to this process?

16   A.   She employs for me a quality foreman and gives

17   support to those foremen with their training.  And the

18   foremen that I use now have been on the ranch a long

19   time.  They have grown up on that ranch, and it's a real

20   easy fit for me.

21      Q.    You say the foreman that you're using, you mean

22   Garza's foreman?

23      A.    Yes.

24      Q.    You say they grew up on the ranch.  Can you

25   tell me who they are?


0056


1       A.    One of them is named Mariano.  I can't tell you

2    what his last name is.  And the supervisor is Mariano's

3    wife, which is Irma's sister.  Ofilia Rodriguez, I

4    believe is her last name.

5              And these people were at El Rancho Farms long

6    before I got to El Rancho, and they know the history of

7    the fields from when they were planted.

8       Q.    So there's a long relationship between El

9    Rancho Farms and Mariano and Mariano's wife and Irma?

10      A.    Yes.

11      Q.    What about the other foremen?  There's plenty

12   of crews, especially at harvest time.  Where do those

13   foremen come from?

14      A.    Really pre-harvest there's only two crews, and

9    Mariano?

10       A.    Yes.   And we have a new crew foreman this year

11    named Salomon, which is a relative of Mariano.

12       Q.    And before that, what was that crew leader's

13    name?

14       A.    Before Salomon we had a Tony.  Before that, we

15    had a Candileria.  They called her Candy.  Before that   .

16    there was a Juan Duran.  I can't remember the rest.

17       Q.    But all these people have some knowledge of

18    El Rancho?

19       A.    Yes.

20       Q.    How so?  What's the guiding theme here?

21       A.    The people that were foremen were usually

22    helpers in other existing El Rancho crews that Garza's

23    supervision took them out to be a crew foremen the next

24    year.

25       Q.    I see.  Are you familiar with -- well, strike

0058

1    that.

2            The cold pack workers and the tractor drivers

14   workers with their applications for Garza?

15      A.   No.

16      Q.   Not that you're aware of?

17      A.   No.  I would assume that Garza gave them to

18   Bill Dye and Bill Dye gave them to the employees.  I

19   don't know.

20      Q.   Who would know from El Rancho how the

21   application process occurred?

22      A.   Probably Marcy.

23      Q.   How much training does it take to do harvest

24   work?

25      A.   Training the individual picker?


0061


1      Q.   Yes.

2      A.   As far as time goes or --

3      Q.   How long before they can start working the

4   first time they have ever been on the job?

5      A.   They can be taught in about 15 minutes the

6   first day, and then it's an ongoing process.

7      Q.   They get faster, they get better?

8      A.   Yes.

9      Q.   They attend schools?

10      A.   The first school of the harvest season is the

11 longest one, as far as how to lift boxes, how to carry

12 boxes, how to -- safety is involved in the schools.

13 Also how to pick, how to not cut yourself.  So it's a

14 very, very long school on the first day, about a half

15 hour.

16      Q.   And there's no degrees or training certificates

17 that someone has to acquire before becoming a grape

18 picker?

19      A.   No.

20      Q.   No minimal education requirements as well?

21      A.   No.

22      Q.   You don't have to be literate?

23      A.   No.

24      Q.   Or speak English?

25      A.   No.

0062

1      Q.   How much of the grape production process, from

1   feel you are the most competent or most qualified person

2   to provide information for El Rancho Farms.

3           MR. ALEXANDER:  Asked and answered.  I'll

4   instruct the witness not to answer.  We have already

5   gone over it.

6           THE WITNESS:  I don't remember what I've

7   already testified to.

8   BY MR. MALLISON:

9       Q.   Any changes to that in regards to the testimony

10  you have given today?

11          MR. ALEXANDER:  Over broad.

12          THE WITNESS:  No changes.

13  BY MR. MALLISON:

14      Q.   Who's in charge of creating new wage and hour

15  policies at El Rancho Farms?

16          MR. ALEXANDER:  Schedules or policies?

17          MR. MALLISON:  Policies.

18          MR. ALEXANDER:  Vague and ambiguous.  Lacks

19  foundation.

20          You can answer.

21          THE WITNESS:  It would be Garza in consultation

22  with El Rancho Farms.

23  BY MR. MALLISON:

1   STATE OF CALIFORNIA )
                        )   ss.
2   COUNTY OF KERN      )

3

4           I, Erika Hughes, a Certified Shorthand Reporter

5   in the State of California, holding Certificate

6   Number 11621, do hereby certify that JOHN KOVACEVICH,

7   the witness named in the foregoing deposition, was by me

8   duly sworn; that said deposition was taken Wednesday,

9   September, 7, 2011, at the time and place set forth on

10  the first page hereof.

11          That upon the taking of the deposition, the

12  words of the witness were written down by me in

13  stenotypy and thereafter transcribed by computer under

14  my supervision; that the foregoing is a true and correct

15  transcript of the testimony given by the witness.

16          Pursuant to Federal Rule 30(e), transcript

17  review was requested.

18          I further certify that I am neither counsel for

19  nor in any way related to any party to said action, nor

20  in any way interested in the result or outcome thereof.

21          Dated this 8th day of September, 2011, at

22  Bakersfield, California.

23

24    _____
      Erika Hughes, CSR No. 11621

25