UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARITA ROSALES, et al., | ) | 1:09-cv-00707-AWI-JLT |
| Plaintiffs, | ) ) | ORDER AMENDING SCHEDULING ORDER |
| v. | ) ) | |
| EL RANCHO FARMS, | ) ) | |
| Defendant. | ) ) | |

On March 24, 2011, the Court granted the stipulated request to amend the scheduling order. (Doc. 24) At that time, the parties did not suggest a briefing schedule for the motion for class certification but proposed dates only for the motion filing and the hearing. Id. at 2-3. On September 23, 2011, the Court heard am informal, telephonic conference in which Defendant's counsel reported that she had insufficient time to organize the significant evidence and to draft a comprehensive opposition to the class certification motion in the normal civil motion filing deadlines. For their part, Plaintiffs' counsel reported that they believed that they would need additional time to prepare Plaintiffs' reply.

Therefore, good cause appearing, the Court **GRANTS** Defendant's motion to amend the scheduling order as follows:

1. Opposition to motion for class certification due:     10/21/11;
2. Reply to opposition to motion for class certification due:   11/14/11;

3. Hearing on motion for class certification:       12/7/11, 9 a.m.

IT IS SO ORDERED.

Dated:  **September 23, 2011**            /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE