UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>EL RANCHO FARMS and DOES 1 to 20 inclusive,<br><br>        Defendant. | CIV-F-09-0707 AWI JLT<br><br>ORDER VACATING HEARING DATE OF MARCH 19, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiffs have sought reconsideration of an order denying class certification, or in the alternative, a certificate of appealability. Docs. 60 and 66. Defendant opposes the motion. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 19, 2012, at 1:30 PM, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 15, 2012                                           CHIEF UNITED STATES DISTRICT JUDGE