UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES, and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>EL RANCHO FARMS,<br><br>             Defendant. | 1:09-cv-00707-AWI-JLT<br><br>ORDER DROPPING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHOUT PREJUDICE<br><br>(Doc. 65)<br><br>ORDER VACATING HEARING DATE OF APRIL 9, 2012 |

      Plaintiffs Margarita Rosales and Angelica Rosales ("Plaintiffs") filed a notice of motion and motion seeking to compel production of documents and electronic records and further testimony by El Rancho Farms ("Defendant") on February 17, 2012. (Doc. 65). The Court issued a minute order on February 29, 2012, setting the matter for a hearing on April 9, 2012. (Doc. 68).

      Local Rule 251 governs hearings regarding discovery disagreements, and provides a motion made pursuant to Fed. R. Civ. P. 26 through 37 "shall not be heard unless (1) the parties have conferred and attempted to resolve their differences, and (2) the parties have set forth their differences and the bases therefor in a Joint Statement re Discovery Disagreement." LR 251(b). Although Plaintiffs asserted the parties would file a Joint Statement in accordance with Local Rule 251, the parties failed to do so. Notably, a Joint Statement must be filed "at least seven (7)

days before the scheduled hearing date." LR 251(a).  Because the motion was set for hearing on April 9, 2012, a Joint Statement by the parties was due no later than April 2, 2012.  When a Joint Statement is not filed, "[t]he hearing may be dropped from the calendar without prejudice." *Id.* Moreover, the Court's Scheduling Order informed the parties they "**must . . . comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from the calendar**." (Doc. 21 at 7) (emphasis in original).  Nonetheless, the parties have not filed a Joint Statement regarding their discovery dispute.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' motion to compel discovery (Doc. 65) is **DROPPED WITHOUT PREJUDICE**; and

2. The hearing on the motion set for April 9, 2012 at 10:00 a.m. is **VACATED**.

IT IS SO ORDERED.

Dated:  **April 3, 2012**                                               /s/ Jennifer L. Thurston
                                                                                       UNITED STATES MAGISTRATE JUDGE