UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>EL RANCHO FARMS and DOES 1 to 20 inclusive,<br><br>        Defendant. | CIV-F-09-0707 AWI JLT<br><br>ORDER VACATING HEARING DATE OF MAY 21, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Defendant El Rancho Farms has filed a motion for summary judgment. Plaintiffs Margarita Rosales and Angelica Rosales oppose the motion. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 21, 2012, at 1:30 PM, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 16, 2012

                                            CHIEF UNITED STATES DISTRICT JUDGE