STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
   JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>   vs.<br><br>EL RANCHO FARMS, and DOES 1-20,<br><br>            Defendants. | CASE NO. 09-CV-00707-AWI-JLT<br><br>**CLASS ACTION**<br><br>**[proposed] CLASS NOTICE FILED PURSUANT TO THIS COURT'S MARCH 25, 2013 ORDER** |

     Pursuant to this court's March 25, 2013 order, Plaintiffs hereby submit the attached proposed class notice.

**DENTRO DE ESTE PAQUETE ENCONTRARÁ ESTE AVISO EN ESPAÑOL**

<u>United States District Court for the Eastern District of California—Fresno Division</u>

# If you are or were employed by Garza Contracting, Inc and worked on El Rancho Farms facilities as a fieldworker, a class action lawsuit may affect your rights.

*The Court authorized this Notice. This is not a solicitation from a lawyer.*

- Several workers have sued El Rancho Farms alleging failure to pay wages and failure to provide proper breaks.

- The Court has allowed the lawsuit to be a class action on behalf of the following workers:

    All employees of Garza Contracting, Inc. who worked at El Rancho Farms facilities from 11/9/2001 through 12/31/2008 and who were provided a 12:00 noon meal break on shifts starting before 7:00 a.m.

    This class action is being brought on behalf of these workers with respect to the following claims:
    a. violation of meal period requirements (Labor Code §226.7 and Wage Order 14);
    b. violation of AWPA (29 U.S.C. § 1801 et seq.);
    c. waiting time penalties (Labor Code §§201, 202 and 203);
    d. wage statement penalties (Labor Code §226), and
    e. violation of unfair competition law.

- The Court has not decided whether El Rancho Farms did anything wrong. There is no money available now, and no guarantee there will be. However, your legal rights are affected, and you have a choice to make:

| Your Legal Rights and Options in this Lawsuit | |
|---|---|
| **Do Nothing** | **Stay in this lawsuit. Await the outcome. Give up certain rights.** By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or settlement. But you give up any rights to sue El Rancho separately about the same legal claims in this lawsuit. |
| **Ask to be Excluded** | **Get out of this lawsuit. Get no benefits from it. Keep rights.** If you ask to be excluded and money or benefits are later awarded, you won't share in those. But you keep any rights to sue. |

- Your options are explained in this notice. To be excluded you must act before _____, **2013**

**Regardless of which option you choose, neither Garza nor El Rancho will retaliate against you.**

**Any questions? Read on or call Plaintiffs' lawyers at 1-888-La Lucha or 1-888-252-8242**

# BASIC INFORMATION

### 1. Why did I get this notice?

Garza Contracting and El Rancho Farm's records show that you previously worked, for Garza Contracting at El Rancho Farms facilities from 11/9/2001 through 12/31/2008 as a fieldworker in the production of table grapes. This notice explains that the Court has allowed, or "certified," a class action lawsuit that may affect you.  You have legal rights and options that you may exercise before the Court holds a trial. The trial is to decide whether the claims being made against El Rancho Farms on your behalf are correct. Judge Anthony Ishii of the United States District Court for the Eastern District of California in Fresno is overseeing this class action, which is known as <u>Margarita Rosales and Angelica Rosales v El Rancho Farms et al.</u>, Case No. 1:09-cv-707 AWI JLT.

### 2. What is this class action lawsuit about?

This class action is about issues affecting field workers work are alleged to have been jointly employed by Garza Contracting and El Rancho Farms. The lawsuit will determine whether El Rancho Farms failed to provide 30 minute meal periods within five hours of the start of the work day.  In particular, the class action is attempting to show that you often started your shift at El Rancho Farms prior to 7 a.m. but did not receive your 30 minute meal period until noon.

More information can be found at www.themmlawfirm.com. Or call 888-La Lucha or 888-525-8242.

### 3. How does El Rancho respond?

El Rancho denies that it did anything wrong and says that it fully complied with California and federal labor laws. El Rancho denies that the meal periods occurred at noon and asserts that even if they occurred at noon that this did not violate the meal-break laws.  El Rancho's Answer to the Complaint and its Papers Opposing Class Certification are available at www.themmlawfirm.com.

# CLASS ACTION LAWSUITS

### 4. What is a class action and who is involved?

In a class action lawsuit, one or more people called "Class Representatives" (in this case Margarita Rosales and Angelica Rosales) sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The workers who sued—and all the Class Members like them—are called the Plaintiffs. The company they sued (in this case El Rancho Farms) is called the Defendant.  One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class. A judgment of the Court binds all Class Members who do note exclude themselves.

### 5. Why is this lawsuit a class action?

The Court decided that the late meal period claims can move to trial on a class-wide basis because the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts, have been met. The Court found that:

- There are numerous fieldworkers during each harvest;
- Class Members share common issues of law and fact with respect to meal period claims;
- Margarita Rosales and Angelica Rosales' meal period claims are typical of the claims of the rest of the Class;
- The Class Representatives and their lawyers will fairly and adequately represent the interests of the Class;
- The common issues of law and fact are more important than issues that affect only individuals; and
- This class action will be more efficient than having many individual lawsuits.

| 6. | **Has the Court decided who is right, and is there any money available now?** |
|---|---|

The Court has not decided if the workers are right or if El Rancho Farms is. And by approving the Class and this Notice, the Court is not suggesting that Plaintiffs will win or lose this case.

No money or benefits are available now because the Court has not yet decided whether El Rancho Farms did anything wrong, and the two sides have not settled the case. There is no guarantee that money or benefits will be obtained. But if money or benefits are obtained and you do not exclude yourself, you will be notified about how to get a share of the money.

## WHO IS IN THE CLASS

You need to decide whether you are affected by this lawsuit.

| 7. | **Am I a Class Member?** |
|---|---|

Judge Ishii decided that the following fieldworkers are Class Members:

> All employees of Garza Contracting, Inc. who worked at El Rancho Farms facilities from 11/9/2001 through 12/31/2008 and who were provided a 12:00 noon meal break on shifts starting before 7:00 a.m.

This is the Class Definition approved by the Court. You are part of this Class if the description applies to you.

| 8. | **Do I have to be employed currently by Garza Contracting or El Rancho Farms to be a Class Member?** |
|---|---|

No. The Classes cover former employees who were employed at any time between 11/9/2001 and 12/31/2008 and who were provided a 12:00 noon meal break on shifts starting before 7:00 a.m.

| 9. | I am still not sure if I am a Class Member. |

If you are still not sure if you are included, you can call the lawyers for the Class at 1-800-La Lucha.

## YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class or ask to be excluded, and you have to decide now.

| 10. | What happens if I do nothing at all? |

If you want the chance to get money or any benefit from this lawsuit you do not have to do anything at all. By doing nothing you will stay in the Class. This means that if the Plaintiffs get money or benefits you will be notified about how to get a share (or how to ask to be excluded from any settlement).

Keep in mind that if you do nothing now, regardless of whether Plaintiffs win or lose at trial, you will not be able to bring your own lawsuit against El Rancho Farms for the same late meal period claim that is covered in this lawsuit. This means that you would only be able to sue El Rancho Farms for other claims not covered in the late meal claim during the time period of 11/9/2001 through 12/31/2008. If you stay in the Class you will also be bound legally by all of the orders the Court issues and judgments the Court makes in this class action.

| 11. | Why would I ask to be excluded? |

If you already have your own lawsuit against El Rancho Farms for late meal periods during the 11/9/2001 through 12/31/2008 time period, and you want to continue with your suit, then you need to ask to be excluded.

If you exclude yourself from this lawsuit you will not get any money that the Plaintiffs obtain in this case through trial or settlement (if they obtain any money). However, you will keep any right you have to sue El Rancho Farms on your own for the late meal period claims covered in this lawsuit. Also, if you exclude yourself you will not be bound by any orders or judgments in this class action.

If you wish to bring your own lawsuit, talk to a lawyer soon, because your claims may be subject to a statute of limitations.

| 12. | How do I ask the Court to exclude me? |

To request to be excluded from the class, you must write a letter to the class administrator stating:

**"I do not want to be part of the lawsuit against El Rancho Farms, Case No. 1:09-cv-707. I understand that by excluding myself from the class I will not be entitled to any money won by the Plaintiffs in this case."**

The letter must include your full name and address. You must sign the letter and mail it to the class administrator by [**DATE**].

The letter must be mailed to the class administrator at this address, and must be postmarked by [**DATE**]:

> El Rancho Class Administrator
> V3 Corporation
> [California Street Address]
> [City State & Zip Code]

## THE LAWYERS REPRESENTING YOU

| **13.   Do I have a lawyer in this case?** |
|---|

The Court decided that the law firms of Mallison & Martinez of Oakland, California, are qualified to represent you and all Class Members. They are experienced handling similar cases and have been appointed by the Court to be "Class Counsel." You can contact them at:

| | |
|---|---|
| MALLISON & MARTINEZ<br>Hector R. Martinez<br>Marco Antonio Palau<br>1939 Harrison Street, Suite 730<br>Oakland, California 94612<br>T. 510-832-9999 or 1-800-La Lucha<br>F. 510-832-1101<br>www.themmlawfirm.com | |

| **14.   Can I hire my own lawyer to enter an appearance for me?** |
|---|

Yes. You do not need to hire your own lawyer because Class Counsel are working on your behalf, but you can if you want to. For example, you can have your own lawyer appear in Court for you, but you will have to pay that lawyer.

## GETTING MORE INFORMATION

Visit www.themmlawfirm.com to find information about the case. Or call Class Counsel at 1-888-La Lucha. There are Spanish-speaking representatives available to answer your questions.

**PLEASE DO NOT CALL OR WRITE TO HE COURT**