1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,**<br><br>       **Plaintiffs,**<br><br>   **v.**<br><br>**EL RANCHO FARMS and DOES 1 to 20 inclusive,**<br><br>       **Defendant**. | **CIV-F-09-0707 AWI JLT**<br><br>**ORDER VACATING HEARING DATE OF JULY 22, 2013 AND TAKING MATTER UNDER SUBMISSION** |

      Plaintiffs and Defendant have filed cross motions for summary judgment. Docs. 118 and 124. Both motions are opposed. The court has reviewed the papers filed and has determined that oral argument would not be useful at this time. See Local Rule 230(g).

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 22, 2013 PM, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    __July 18, 2013__                          

                                 SENIOR DISTRICT JUDGE