# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EL RANCHO FARMS and DOES 1 to 20 inclusive,<br><br>Defendant. | CIV-F-09-0707 AWI JLT<br><br>ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE |

Plaintiffs and Defendant have filed cross motions for summary judgment. Docs. 118 and 124. Both motions are opposed. In order to allow more time for the court to consider the motions, the pretrial conference of September 12, 2013 and trial date of November 19, 2013 are VACATED.

IT IS SO ORDERED.

Dated:   August 15, 2013

_____
SENIOR DISTRICT JUDGE