# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES, et al., | Case No.: 1:09-cv-00707 AWI JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DECERTIFY CLASS |
| v. | |
| EL RANCHO FARMS, | (Doc. 152) |
| Defendant. | |

Before the Court is the stipulation (Doc. 152 at 2) of the parties seeking to continue the hearing on the motion to decertify the class (Doc. 145).  The parties report they are engaged in continuing mediation efforts in an attempt to resolve the matter. (Doc. 152 at 2)   Based upon the foregoing, the Court **ORDERS**:

    1.    The hearing on the motion to decertify the class is **CONTINUED** from December 10, 2013 to **January 23, 2014 at 9:30 a.m.**

    2.    Any opposition to the motion SHALL be filed no later than **January 9, 2014**.

IT IS SO ORDERED.

Dated:  **November 22, 2013**          **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE