UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EL RANCHO FARMS and DOES 1-20,<br><br>Defendants. | Case No.: 1:09-cv-00707 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT'S MOTION FOR DECERTIFICATION OF THE CLASS<br><br>(Docs. 145, 157) |

Defendant El Rancho Farms sought decertification of the class pursuant to Rule 23 of the Federal Rules of Civil Procedure. (Doc. 145.) The Magistrate Judge found Defendant failed to carry its "relatively heavy" burden to demonstrate Plaintiffs Margarita Rosales and Angelica Rosales failed to satisfy the requirements of Rule 23. (Doc. 157, citing Gonzales v. Arrow Fin. Servs. LLC, 489 F. Supp. 2d 1140, 1153 (S.D. Cal. 2007); Slaven v. BP America, Inc., 190 F.R.D. 649, 651 (C.D. Cal. 2000)). Thus, the Magistrate Judge recommended Defendant's motion for decertification be denied. (Id. at 10.)

The parties were granted fourteen days from the date of service, or until February 12, 2014 to file objections to the Findings and Recommendations. (Doc. 157 at 10.) In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)). However, no

objections were filed.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and by proper analysis.

    Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed January 29, 2014 (Doc. 157) are **ADOPTED IN FULL**;
2. Defendant's motion for decertification of the class (Doc. 145) is **DENIED**.

IT IS SO ORDERED.

Dated:   February 13, 2014

SENIOR  DISTRICT  JUDGE