**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITA ROSALES, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL RANCHO FARMS, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00707 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 159) |

　　　　On June 20, 2014, Plaintiffs notified the Court they have reached a settlement of the matter. (Doc. 159) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

　　　　1.　　The motion for preliminary approval of class settlement **SHALL** be filed no later than **August 1, 2014**;

　　　　2.　　All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

　　Dated:　**June 26, 2014**　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1