1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   MARGARITA ROSALES and ANGELICA          )   Case No.: 1:09-cv-00707 - AWI - JLT
     ROSALES, on behalf of themselves and all  )
12   others similarly situated,              )
                                             )   ORDER GRANTING AN EXTENSION OF TIME
13                  Plaintiffs,              )   FOR PLAINTIFFS TO FILE A MOTION FOR
                                             )   PRELIMINARY APPROVAL OF THE CLASS
14          v.                               )   SETTLEMENT
                                             )
15   EL RANCHO FARMS and DOES 1-20,          )   (Doc. 161)
                                             )
16                  Defendants.              )
                                             )
17

18          On June 20, 2014, Plaintiffs notified the Court they have reached a settlement of the matter.

19   (Doc. 159.)  Pursuant to Local Rule 160, the Court ordered Plaintiffs to file a motion for preliminary

20   approval of the class settlement no later than August 1, 2014.  (Doc. 160.)  On August 1, 2014,

21   Plaintiffs requested an extension of the deadline, to which Defendant El Rancho stipulated. (Doc. 161.)

22          Accordingly, **IT IS HEREBY ORDERED**:  Plaintiffs **SHALL** file a motion for preliminary

23   approval of the class settlement no later than **August 22, 2014**.

24

25   IT IS SO ORDERED.

26      Dated:   **August 4, 2014**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE
27

28

                                                  1