Thomas P. Feher, State Bar No. 149944
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for GARZA CONTRACTING, INC., dba AA CONTRACTING

(Additional Counsel on pp . 2)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| Plaintiffs ANGEL LOPEZ CRUZ and ANGELICA ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>EL RANCHO FARMS, a partnership; GARZA CONTRACTING, INC. (dba "AA CONTRACTING), a California Corporation,<br><br>            Defendants. | CASE NO: 1:12-cv-01934-AWI-JLT<br><br>**ORDER ON STIPULATION AND DECLARATION REQUESTING EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>      vs.<br><br>EL RANCHO FARMS, and DOES 1-20,<br><br>            Defendants. | CASE NO. 09-CV-00707-AWI-JLT |

1  William L. Alexander (State Bar Number 126607)
   Elizabeth Estrada (State Bar Number 232302)
2  Alexander & Associates
   1925 G Street
3  Bakersfield, CA 93301
   Phone: (661)316-7888
4  Fax: (661)316-7890

5  Attorneys for defendant El Rancho Farms

6

7  STAN S. MALLISON (SBN 184191)
     stanm@themmlawfirm.com
   HECTOR R. MARTINEZ (SBN 206336)
8    hectorm@themmlawfirm.com
   MARCO A. PALAU (SBN 242340)
9    mpalau@themmlawfirm.com
   JOSEPH D. SUTTON (SBN 269951)
10   jsutton@themmlawfirm.com
   MALLISON & MARTINEZ
11 1939 Harrison Street, Suite 730
   Oakland, California  94612
12 Telephone: (510) 832-9999
   Facsimile:  (510) 832-1101
13
   Attorneys for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
[PROPOSED] ORDER ON STIPULATION AND DECLARATION REQUESTING EXTENSION OF DEADLINE
TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
Case Nos. 09-cv-00707-AWI-JLT & 1:12-cv-019344-AWI-JLT

The Stipulation and Declaration of the parties having been filed and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for the parties to file their Motion for Preliminary Approval of Class Settlement is hereby extended to and including October 20, 2014.

IT IS SO ORDERED.

Dated:   August 4, 2014                          _____
                                                                      SENIOR DISTRICT JUDGE