STAN S. MALLISON (SBN 184191)
  stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  hectorm@themmlawfirm.com
MARCO A. PALAU (SBN 242340)
  mpalau@themmlawfirm.com
JOSEPH D. SUTTON (SBN 269951)
  jsutton@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs ANGEL LOPEZ CRUZ and ANGELICA ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>EL RANCHO FARMS, a partnership; GARZA CONTRACTING, INC. (dba "AA CONTRACTING), a California Corporation,<br><br>          Defendants. | CASE NO: 1:12-cv-01934-AWI-JLT<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date:      November 18, 2014<br>Time:              9:30 a.m.<br>Location:  Bakersfield Courtroom<br>               510 19th Street<br>               Bakersfield, CA 93301 |
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>EL RANCHO FARMS, and DOES 1-20,<br><br>          Defendants. | CASE NO. 09-CV-00707-AWI-JLT<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date:      November 18, 2014<br>Time:              9:30 a.m.<br>Location:  Bakersfield Courtroom<br>               510 19th Street<br>               Bakersfield, CA 93301 |

1

Notice of Motion & Motion for Preliminary Approval of Class Settlement
Cases: 1:12-cv-01934-AWI-JLT & 09-CV-00707-AWI-JLT

TO DEFENDANTS EL RANCHO FARMS, GARZA CONTRACTING INC, and its attorneys of record:

PLEASE TAKE NOTICE THAT, on November 18, 2014 at 9:30 a.m. in the Bakersfield Courtroom on the 2nd Floor of the above-entitled court, at 510 19th Street, Bakersfield, CA 93301, Plaintiffs from both above captioned cases Margarita Rosales, Lorena Corza, Angel Lopez Cruz, and Angelica Alvarez ("Plaintiffs"), as proposed representative of the Classes, defined as all persons who have been employed or jointly employed by farm labor contractor Garza Contracting Inc. at El Rancho Farms facilities between November 9, 2001 and June 11, 2014 and will and hereby do move this Court for entry of an Order:

1. Conditionally Certifying the Class;

2. Preliminarily Approving the proposed Class Action Settlement;

3. Appointing Margarita Rosales, Lorena Corza, Angel Lopez Cruz, and Angelica Alvarez as class representatives for settlement purposes;

4. Appointing Mallison & Martinez as Class Counsel;

5. Approving the Class Notice and Related Materials;

6. Appointing Settlement Administrator

7. Resolving the Distribution Plan (claims process versus non-claims process);

8. Resolving the Cy Pres Beneficiary; and

9. Scheduling Final Approval Hearing and related dates.

Plaintiffs' motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities; the Declaration of Stan S. Mallison ("Mallison Decl."); the Proposed Order filed concurrently herewith; the pleadings and papers filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing on this Motion.

1
2  Dated: October 20, 2014                    LAW OFFICES OF MALLISON & MARTINEZ
3
4                                             By:    /s/     Stan Mallison
                                                     Stan S. Mallison
5                                                    Hector R. Martinez
                                                     Marco A. Palau
6                                                    Joseph D. Sutton
7                                                    Attorneys for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Notice of Motion & Motion for Preliminary Approval of Class Settlement
*Cases: 1:12-cv-01934-AWI-JLT & 09-CV-00707-AWI-JLT*