1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | MARGARITA ROSALES, et al.,

12 |       Plaintiffs,

13 |       v.

14 | EL RANCHO FARMS, et al.,

15 |       Defendants.

16 | ANGEL LOPEZ CRUZ, et al.,

17 |       Plaintiffs,

18 |       v.

19 | EL RANCHO FARMS, et al.,

20 |       Defendants.

21

Case No.: 1:09-cv-00707- AWI-JLT

ORDER APPROVING THE AMENDED CLASS NOTICE (Doc. 180)

22        On January 13, 2015, the Court continued the deadlines related to the class notice based upon

23 the stipulation of the parties.  (Docs. 178-179.) On January 26, 2014, Plaintiffs Margarita Rosales and

24 Angelica Rosales[1] submitted an amended Class Notice for the Court's approval, with the revised

25 deadlines.  (Doc. 180.)

26

27        [1] The true and correct name of "Angelica Rosales" is "Maria Lorena Corza Alvarado," though she is known as "Lorena Corza."  Ms. Corza reports she used the name of her daughter, "Angelica Rosales," while working at El Rancho.

28 (Doc. 35-7 at 3). Therefore, the Court will refer to plaintiff "Angelica Rosales" as "Lorena Corza."

Plaintiffs have complied with the Court's orders regarding its contents, and the Class Notice contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, how a class member may enter appear through an attorney or chose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment.  For these reasons, the amended Class Notice (Doc. 180) is **APPROVED**.

IT IS SO ORDERED.

    Dated:   __**January 29, 2015**__              _____**/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE