1  STAN S. MALLISON (SBN 184191)
     stanm@themmlawfirm.com
2  HECTOR R. MARTINEZ (SBN 206336)
     hectorm@themmlawfirm.com
3  MARCO A. PALAU (SBN 242340)
     mpalau@themmlawfirm.com
4  JOSEPH D. SUTTON (SBN 269951)
     jsutton@themmlawfirm.com
5  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
6  Oakland, California 94612
   Telephone: (510) 832-9999
7  Facsimile:  (510) 832-1101

8  Attorneys for Plaintiffs

9  (Additional Counsel on pp . 2)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| Plaintiffs ANGEL LOPEZ CRUZ and ANGELICA ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EL RANCHO FARMS, a partnership; GARZA CONTRACTING, INC. (dba "AA CONTRACTING), a California Corporation,<br><br>Defendants. | CASE NO: 1:12-cv-01934-AWI-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION REQUESTING TO CONTINUE DEADLINES**<br><br>**(Doc. 54)** |
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EL RANCHO FARMS, and DOES 1-20,<br><br>Defendants. | CASE NO. 1:09-cv-00707-AWI-JLT<br><br>**(Doc. 182)** |

William L. Alexander (State Bar Number 126607)
Elizabeth Estrada (State Bar Number 232302)
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
Phone: (661)316-7888
Fax: (661)316-7890

Attorneys for defendant El Rancho Farms


Thomas P. Feher, State Bar No. 149944
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for GARZA CONTRACTING, INC., dba AA CONTRACTING

The Stipulation of the parties having been filed and good cause appearing therefor:

IT IS HEREBY ORDERED:

1. That the deadlines issued by the Court relating the administration of the Class Notice Packet and Final Approval and Fairness Hearing are extended to the following dates:

   a. The Settlement Administrator shall mail the approved Class Notice Packet by April 20, 2015;

   b. The deadline for any Class Member to submit a timely and valid Claim Form is continued to June 12, 2015;

   c. A Class Member who wishes to be excluded from the settlement shall postmark the Opt-Out Form no later than June 12, 2015;

   d. Any objections to or comments on the Settlement Agreement shall be filed with the Court and mailed to Class Counsel no later than June 12, 2015;

   e. The petition for attorneys' fees and for Class Representative enhancement fee shall be filed no later than June 26, 2015; and

   f. The Final Approval and Fairness Hearing shall be held on Friday, July 17, 2015 at 9:00 a.m. at the United States Courthouse located at 510 19th Street, Bakersfield, California.

2. The Claims Administrator's estimated costs of $44,624 to be deducted from the Gross Settlement Amount are preliminarily approved.

IT IS SO ORDERED.

Dated:   **April 10, 2015**                     /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE