STAN S. MALLISON (SBN 184191)
  stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  hectorm@themmlawfirm.com
MARCO A. PALAU (SBN 242340)
  mpalau@themmlawfirm.com
JOSEPH D. SUTTON (SBN 269951)
  jsutton@themmlawfirm.com
ERIC S. TRABUCCO (SBN 295473)
  etrabucco@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| Plaintiffs ANGEL LOPEZ CRUZ and ANGELICA ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EL RANCHO FARMS, a partnership; GARZA CONTRACTING, INC. (dba "AA CONTRACTING), a California Corporation,<br><br>Defendants. | CASE NO: 1:12-cv-01934-AWI-JLT<br><br>**NOTICE AND MOTION FOR ATTORNEYS' FEES & CLASS REPRESENTATIVE ENHANCEMENT FEES**<br><br>Date:          July 17, 2015<br>Time:          9:00 a.m.<br>Location:    Bakersfield Courtroom<br>                   510 19th Street<br>                   Bakersfield, CA 93301 |
| MARGARITA ROSALES and ANGELICA ROSALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EL RANCHO FARMS, and DOES 1-20,<br><br>Defendants. | CASE NO. 09-CV-00707-AWI-JLT<br><br>**NOTICE AND MOTION FOR ATTORNEYS' FEES & CLASS REPRESENTATIVE ENHANCEMENT FEES**<br><br>Date:          July 17, 2015<br>Time:          9:00 a.m.<br>Location:    Bakersfield Courtroom<br>                   510 19th Street<br>                   Bakersfield, CA 93301 |

i

Notice and Motion for Attorneys' Fees and Class Representative Enhancement Fees
Case Nos. 09-cv-00707-AWI-JLT & 1:12-cv-019344-AWI-JLT

**TO DEFENDANTS EL RANCHO FARMS AND GARZA CONTRACTING AND THEIR COUNSEL OF RECORD AND ALL OTHER INTERESTED PARTIES:** PLEASE TAKE NOTICE THAT on July 17, 2015 at 9:00 a.m. in the Bakersfield Courtroom on the 2nd Floor of the above-entitled court, at 510 19th Street, Bakersfield, CA 93301, Plaintiffs Margarita Rosales, Lorena Corza, Angelica Alvarez, and Angel Lopez Cruz ("Plaintiffs") in the above captioned cases will and hereby do move this Court for an order granting the following relief:

　　　　1.　　Granting Class Counsel's request for an award of attorneys' fees in the amount of $766,667.00 (33 & 1/3 % of the Gross Settlement Amount) to be paid from the Settlement Fund pursuant to Federal Rule of Civil Procedure 23(h) and the legal standards set forth in the supporting memorandum of points and authorities filed herewith;

　　　　2.　　Granting Class Counsel's request for an award of litigation costs reimbursement in the amount of $36,620.54 to be paid from the Settlement Fund pursuant to Federal Rule of Civil Procedure 23(h) and the legal standards set forth in the supporting memorandum of points and authorities filed herewith;

　　　　3.　　Granting Plaintiffs Margarita Rosales and Lorena Corza's requests for Class Representative enhancement fees of $10,000 each for their service to the Class in the *Rosales* matter; and

　　　　4.　　Granting Plaintiffs Angelica Alvarez and Angel Lopes Cruz's requests for Class Representative enhancement fees of $7,500 each for their service to the Class.

　　　　This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the declaration of Stan Mallison and exhibits attached thereto, the declaration of Emily Rich and exhibits attached thereto, the declaration of David Azar and exhibits attached thereto, the declarations of Plaintiffs filed herewith, the other records, pleadings, and papers filed in this action, and upon such documentary and oral evidence or argument as may be presented to the Court at the hearing of this Motion.

Respectfully submitted,

Dated: June 26, 2015            LAW OFFICES OF MALLISON & MARTINEZ

By:   /s/ Stan S. Mallison
      Stan S. Mallison
      Hector R. Martinez
      Marco A. Palau
      Joseph D. Sutton
      Eric S. Trabucco

Attorneys for Plaintiffs